Honorable Judge Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HENRY EPSTEIN and KYLE CHRISTIAN MARTINEZ, individuals,<br><br>Plaintiffs,<br><br>v.<br><br>BELLEVUE SCHOOL DISTRICT,<br><br>Defendant. | Case No. 2:19−cv−01007−RAJ<br><br>**PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT**<br><br>Note on Motion Calendar: Sept. 13, 2019<br><br>NO ORAL ARGUMENT REQUESTED |

## I. INTRODUCTION

Pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, Plaintiffs Henry Epstein and Kyle Martinez, through their counsel, move for leave to amend their Complaint.

## II. STATEMENT OF FACTS & PROCEDURAL HISTORY

Plaintiffs filed this lawsuit in King County Superior Court on June 14, 2019. In their Complaint, Plaintiffs alleged two causes of action: (1) Violation of Plaintiffs' Fourteenth Amendment Rights to Substantive Due Process; and (2) Negligence. With respect to the cause of action based on the Fourteenth Amendment, Plaintiffs alleged that Defendant Bellevue School District violated Plaintiffs' due process rights, by failing to properly supervise known assailants thus failing to protect Plaintiffs, who were in the care of Defendant, from being harmed by the assailants. Defendant removed this case from King County Superior Court to this Court. Plaintiffs

PLAINTIFFS' MOTION FOR LEAVE TO
AMEND COMPLAINT                                  - 1



EDWARD K. LE, PLLC
ATTORNEYS AT LAW
135 Park Avenue North
Renton, WA 98057
(425) 336-2255

now ask the Court to grant leave to amend the Complaint to dismiss the Fourteenth Amendment cause of action against Defendant.

### III.   ISSUE PRESENTED

1. Should this Court should grant Plaintiffs leave to file an amended complaint to remove their Fourteenth Amendment cause of action where this change would not prejudice any party?

### IV.   EVIDENCE RELIED UPON

The Declaration of Michael Kittleson and attachments.

### V.   ARGUMENT AND AUTHORITY

Under Fed. R. Civ. P. 15(a), a party may amend its pleading in one of four ways: (1) as a matter of course, 21 days after serving the summons and complaint; (2) 21 days after service of a responsive pleading or Fed. R. Civ. P. 12(b) motion; (3) with the opposing party's consent; or (4) by leave of court. In the case of the latter, leave to amend shall be freely given when justice so requires. *Id.* Typically, a court will freely grant leave to amend a complaint in the absence of undue delay, bad faith, repeated failure to cure deficiencies by amendments previously allowed, undue prejudice to the opposing party, or futility of the amendment. *See* Fed. R. Civ. P. 15(a)(2); *Foman v. Davis*, 371 U.S. 178, 182, 83 S. Ct. 227, 230 (1962). The U.S. Supreme Court acknowledged that this rule has a policy of favoring amendments to pleadings and should be applied with extreme liberality. *United States v. Webb*, 655 F.2d 977, 979 (9th Cir. 1981) (quoting *DCD Programs, Ltd. v. Leighton*, 833 F.2d 183, 186 (9th Cir. 1987)). The underlying purpose of Rule 15 is "to facilitate decision on the merits, rather than on the pleadings or technicalities." *Lopez v. Smith*, 203 F.3d 1122, 1127 (9th Cir. 2000).

PLAINTIFFS' MOTION FOR LEAVE TO
AMEND COMPLAINT                                       - 2



EDWARD K. LE, PLLC
ATTORNEYS AT LAW
135 Park Avenue North
Renton, WA 98057
(425) 336-2255

In this case, Plaintiffs are requesting for leave of court to amend their Complaint to dismiss their Fourteenth Amendment cause of action, thereby leaving the negligence claim as the basis for their lawsuit against Defendant.

Plaintiffs should be permitted to amend their Complaint because there is no undue prejudice to Defendant. First, there has not been an undue delay in Plaintiffs' request. The Summons and Complaint were filed in state court on June 14, 2019. Defendant moved the case to federal court on or about June 27, 2019. The Court issued a couple of deficiency notices and its initial scheduling Order on July 1, 2019. After the deficiencies were cured, the parties served their initial disclosures and filed a Joint Status Report on or about July 29, 2019. The parties have only just begun discovery.

There have been no previous requests made by Plaintiffs to amend the Complaint, and there are no other motions or orders filed or pending in this case. The amendment is not futile, because the amendment does not seek to add any additional claims that have to be proven valid and sufficient to withstand dismissal. Rather, the proposed amendment seeks the opposite: to remove a stated cause of action, which then narrows the scope of this litigation, and allows the parties to focus on the negligence claim without wasting additional time and resources pursuing an additional cause of action. The proposed amendment by Plaintiffs further this purpose by focusing on pursuing the merits of their negligence claim.

## VI.    CONCLUSION

There is no undue prejudice to the defense and the parties are still early in discovery, Plaintiffs request that the Court grant leave to file the Amended Complaint, attached as Exhibit 1.

Dated: August 30, 2019.

PLAINTIFFS' MOTION FOR LEAVE TO
AMED COMPLAINT            - 3



EDWARD K. LE, PLLC
ATTORNEYS AT LAW
135 Park Avenue North
Renton, WA 98057
(425) 336-2255

CEDAR LAW PLLC

s/Lara Hruska
Lara Hruska, WSBA No. 46531
Chris Williams, WSBA No. 34521
CoCounsel for Plaintiffs

EDWARD K LE PLLC

Michael Kittleson, WSBA No. 49628
CoCounsel for Plaintiffs

PLAINTIFFS' MOTION FOR LEAVE TO
AMEND COMPLAINT                    - 4



EDWARD K. LE, PLLC
ATTORNEYS AT LAW
135 Park Avenue North
Renton, WA 98057
(425) 336-2255

# CERTIFICATE OF SERVICE

I hereby declare under penalty of perjury of the laws of the United States of America that on this day I caused PLAINTIFFS' MOTION FOR LEAVE TO AMEND COMPLAINT to be served on the parties listed below in the following manner:

Francis S. Floyd
John A. Safarli
Floyd Pflueger & Ringer PS
200 West Thomas St., Suite 500
Seattle, WA 98119
*Counsel for Defendants*

☐ U.S. Mail
☐ Fax: (206) 436-2030
☒ Legal Messenger
☐ CM/ECF
☒ Email

Dated: August 30, 2019.

_____
Michael Kittleson

PLAINTIFFS' MOTION FOR LEAVE TO AMEND COMPLAINT   - 5

EDWARD K. LE, PLLC
ATTORNEYS AT LAW
135 Park Avenue North
Renton, WA 98057
(425) 336-2255