Honorable Judge Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HENRY EPSTEIN and KYLE CHRISTIAN MARTINEZ, individuals,<br><br>Plaintiffs,<br>v.<br><br>BELLEVUE SCHOOL DISTRICT,<br><br>Defendant. | Case No. 2:19−cv−01007−RAJ<br><br>**ORDER REMANDING REMAINING CLAIMS TO STATE COURT** |

THIS MATTER having come before the Court on the parties' Stipulation to Remand Case to King County Superior Court, and the Court having considered the parties' Stipulation to Remand Case to King County Superior Court, and the pleadings on file,

IT IS HEREBY ORDERED:

1. Good cause exists to remand the case to King County Superior Court. The stipulation of the parties is approved;
2. This matter is hereby remanded to King County Superior Court for all further proceedings; and
3. Neither party shall recover costs or fees from the other.

DATED this 18th day of November, 2019.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER - 1



**EDWARD K. LE, PLLC**
**ATTORNEYS AT LAW**
135 Park Avenue North
Renton, WA 98057
(425) 336-2255